Matthew J. Geragos (SBN 153390)
**GERAGOS LAW GROUP**
700 N. Brand Blvd., Suite 1180
Glendale, California 91203
Tel:  213.232.1363
matthew@geragoslaw.com

Attorneys for Plaintiff
Sonz Azar

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONA AZAR, an individual,<br><br>       Plaintiff,<br><br>       vs.<br><br>HOME DEPOT U.S.A., INC. ET AL.,<br><br>       Defendants. | 2:25-cv-00873-JC<br><br>**ORDER RE STIPULATION TO REMAND ACTION TO STATE COURT** |

## ORDER

Pursuant to the Stipulation of the parties and based upon lack of a federal claim or diversity, the above-captioned matter is hereby remanded to the Superior Court for the County of Los Angeles.

Dated: March 17, 2025

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO REMAND ACTION TO STATE COURT**